# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH MAGGIO & DARCY MAGGIO, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:22-cv-01535 |
| vs. | § § | |
| LIBERTY INSURANCE CORPORATION, | § § § | |
| Defendant. | § | |

# EXHIBIT A

## INDEX OF ALL DOCUMENTS FILED IN STATE COURT

Pursuant to Local Rule 81.1(a)(4)(A), Defendant files the following index of all documents filed in state court in support of its Notice of Removal:

EXHIBIT C:    Plaintiffs' Original Petition  (Filed 05/25/22)

EXHIBIT C-1: Citation Issued to Liberty Insurance Corporation (Issued 05/25/22))

EXHIBIT C-2: Plaintiffs' Jury Demand

EXHIBIT C-3- Affidavit of Service (Filed 06/21/22)

EXHIBIT C-4   Liberty's Answer to Plaintiffs' Original Petition (Filed 07/07//22)