IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENNETH MAGGIO & DARCY MAGGIO, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 3:22-cv-01535 |
| vs. | § § | |
| LIBERTY INSURANCE CORPORATION, | § § § § | |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Maggio and Darcy Maggio and Defendant Liberty Insurance Corporation (collectively, the "Parties") file this Joint Stipulation of Dismissal with Prejudice, and would show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed with prejudice to the re-filing of same.

Respectfully submitted,


*/s/  Racchel D. Cabrera*
Shaun Hodge
Texas Bar No. 24052995
Racchel Cabrera
Texas Bar No. 24109093

**HODGE LAW FIRM PLLC**
2028 E. Ben White Blvd. Ste. 240-2015
Hodge Law Firm PLLC
The Heritage Runge House
1301 Market Street
Galveston, Texas 77550
Telephone: 409.762.5000
Facsimile 409.763.2300
Email: shodge@hodgefirm.com
        rcabrera@hodgefirrn.com

**ATTORNEYS FOR PLAINTIFFS
KENNETH MAGGIO & DARCY MAGGIO**


*/s/  Colin Batchelor*
COLIN BATCHELOR
State Bar No. 24043545
SALINA A. KABANI
State Bar No. 27067474

**TILLMAN BATCHELOR LLP**
5605 N. MacArthur Blvd., Suite 560
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
E-mail:  mark.tillman@tb-llp.com
E-mail:  colin.batchelor@tb-llp.com

**ATTORNEYS FOR DEFENDANTS
LIBERTYY INSURANCE CORPORATION**

---

## CERTIFICATE OF SERVICE

    In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on October 25, 2022 a true and correct copy of the above and foregoing instrument was served *via electronic service* upon all counsel of record.

    */s/ Colin Batchelor*
    COLIN BATCHELOR